[No. 3538-1.    Division One.    April 12, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH PEELER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 70179, Francis E. Holman, J., entered December 10, 1974. *Dismissed* by unpublished opinion per Williams, C.J., concurred in by Callow and Andersen, JJ.

[No. 2156-2.    Division Two.    April 12, 1976.]

LINDA BRESEE, *Petitioner*, v. LARRY BRESEE, *Respondent*.

Certiorari to review a judgment of the Superior Court for Grays Harbor County, No. 61107, John W. Schumacher, J., entered November 14, 1975. *Affirmed* by unpublished per curiam opinion.

[No. 1811-2.    Division Two.    April 12, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. CLARENCE J. SHUPE, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 46250, Hardyn B. Soule, J., entered March 5, 1975. *Affirmed* by unpublished opinion per Pearson, J., concurred in by Petrie, C.J., and Reed, J.

[No. 1625-2.    Division Two.    April 13, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. LEROY PAYSENO, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. C-4739, Hewitt A. Henry, J., entered September 19, 1974. *Affirmed* by unpublished opinion per Pearson, J., concurred in by Petrie, C.J., and Reed, J.